# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA J. MOLINA, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:11-2276 |
| v. | : | (JUDGE MANNION) |
| POCONO MEDICAL CENTER, | : | |
| Defendant | : | |
| | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

**1)** The defendant's amended motion for summary judgment, (Doc. No. 35), is **DENIED**.

**2)** The **Final Pretrial Conference** will be held on **Friday, September 13, 2013 at 10:30 A.M.** in Courtroom #3, William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, PA.

**3)** The **Jury Trial** will begin with Jury Selection on **Tuesday, October 15, 2013 at 9:30 A.M.** in the same location as noted above.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: August 26, 2013
O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-2276-01-order.wpd